ERICK L. GUZMAN
Cal. Bar No. 244391
111 Santa Rosa Ave.
Suite 222
Santa Rosa, California, 95404
F: 707.540.6298
E: elg@guzmanlaw.org

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>FELIX ARROYO,<br><br>   Defendants. | CASE NO. 17-CR-0277-WHO<br><br>STIPULATION AND ORDER CONTINUING HEARING TO NOVEMBER 12, 2020. |

    A status hearing is scheduled in the above-captioned matter for October 15, 2020.  However, defense counsel has recently commenced a jury trial, and is unavailable to attend that hearing. Accordingly, the parties have agreed to continue the hearing to November 5, 2020, at 1:30 P.M. or as soon thereafter as the matter may be heard.   Defense counsel has been in frequent contact with Probation Officer Mark Ulnap, and progress is being made towards completing Mr. Arroyo's placement.

DATED: October 14, 2020                      /s/
                                                             RICHARD EWENSTEIN
                                                             Assistant United States Attorney

DATED: October 14, 2020                      /s/
                                                             ERICK GUZMAN
                                                             Attorney for Mr. Arroyo

## ORDER

Based on the above stipulation of the parties and for good cause shown, the status conference currently set for October 15, 2020, is continued until   November 12  , 2020.

**IT IS SO ORDERED** this   14th   day of October, 2020.

DATED:   10/14/2020

_____
HON. WILLIAM H. ORRICK
United States District Court Judge